# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERNELL BIDTAH, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:13-cv-01600-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STEINBERG PROFESSIONAL RADIOLOGY ) | |
| SERVICES, LTD., d/b/a STEINBERG ) | |
| DIAGNOSTIC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated September 4, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **October 7, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 25th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge