UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNELL BIDTAH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEINBERG PROFESSIONAL RADIOLOGY SERVICES, LTD., d/b/a STEINBERG DIAGNOSTIC,<br><br>　　　　　Defendant. | Case No.  2:13-cv-01600-GMN-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant's failure to file a Statement in Removal.  The Minutes of the Court (#3) dated September 4, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order.  To date, Defendant has not complied.  Accordingly,

　　　　**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **October 7, 2013**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　　DATED this 25th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge