UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNELL BIDTAH, | ) |
| Plaintiff, | ) Case No. 2:13-cv-01600-GMN-GWF |
| vs. | ) **ORDER** |
| STEINBERG PROFESSIONAL RADIOLOGY SERVICES, LTD., | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Motion for an Exception to the Attendance Requirement for the Early Neutral Evaluation Session (#15), filed November 22, 2013.

By way of the motion, Defendant requests that its insurance representative be excused from personal attendance at the ENE session and permitted to appear telephonically. The request stems from the insurance representative's "other commitments both the day before and day after the ENE session." Unspecified commitments on days other than the date of the ENE session does not amount to good cause to be excused from the personal attendance requirement. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for an Exception to the Attendance Requirement for the Early Neutral Evaluation Session (#15) is **denied**.

Dated: November 25, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge